**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jacob Wayne LONG, Claimant—
Appellant,**

**and**

**$1197.00 U.S. Currency; One 1967 Camaro Chevrolet, Vin # 124377N13878; ONE 1997 Kawasaki 4–Wheeler, Vin # JKAVFKB12WB500920; One 1991 Mazda SUV, Vin # 4F2CU44XMUM12755; One 1987 Itasca Chevrolet R/V Camper, Vin # 1GBKP37W7H3328434, Defendants.**

**United States of America,
Plaintiff—Appellee,**

v.

**Ronald LONG, Claimant—Appellant,**

**and**

**$1197.00 U.S. Currency; One 1967 Camaro Chevrolet, Vin # 124377N13878; One 1997 Kawasaki 4–Wheeler, Vin # JKAVFKB12WB500920; One 1991 Mazda SUV, Vin # 4F2CU44XMUM12755; One 1987 Itasca Chevrolet R/V Camper, Vin # 1GBKP37W7H3328434, Defendants.**

Nos. 06–2264, 07–1133.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 15, 2007.

Decided: July 10, 2007.

Jacob Wayne Long and Ronald Long, Appellants Pro Se. Lynne P. Klauer, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Jacob W. Long and Ronald Long appeal the district court's order denying their motions to set aside default judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Long* and *United States v. $1197.00 U.S. Currency*, No. 1:00–cv–00164–WLO (M.D.N.C. Aug. 31, 2006 & Sept. 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*